# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON HEER,<br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br>　　　　Defendant. | CIVIL ACTION<br><br><br><br>NO. 18-482 |

## **O R D E R**

AND NOW, this 6th day of June, 2019, upon careful consideration of the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski, and upon independent review of the briefs filed by the parties, and Plaintiff's Objections to the Magistrate Judge's Report and Recommendation, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;
2. Plaintiff's Request for Review is DENIED; and
3. Judgment is entered in this matter in favor of DEFENDANT.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ J. Curtis Joyner
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　J. CURTIS JOYNER, J.